**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Robert Bruce GREEN, Jr.,**
**Defendant–Appellant.**

**No. 11–15619**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

July 3, 2012.

Jason R. Coody, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL, Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

William Rourk Clark, Jr., Randolph Patterson Murrell, Gwendolyn Louise Spivey, Federal Public Defender's Office, Tallahassee, FL, for Defendant–Appellant.

Robert Bruce Green, Jr., Coleman, FL, pro se.

Before CARNES, WILSON and ANDERSON, Circuit Judges.

PER CURIAM:

Gwendolyn Spivey, appointed counsel for Robert Bruce Green, Jr., in this direct appeal, has moved to withdraw from further representation of the appellant, and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Green's convictions and sentences are **AFFIRMED.**